# UNITED STATES DISTRICT COURT
## Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:99CR20208-02-M1

JAMES WILLIAMS
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, James Williams, was represented by Stephen Leffler, Esq.

The defendant, having been convicted of violation of 18 U.S.C. § 922(g), Convicted Felon in Possession of a Firearm on February 24, 2000, was sentenced to a term of fifty-seven (57) months in the Bureau of Prisons and a term of three (3) years on Supervise Release in the above styled cause, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fourteen (14) months.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 23 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 04/02/1972
U.S. Marshal No.: 17060-076
Defendant's Mailing Address: 591 N. Thomas St., Apt. 1, Memphis, TN 38105

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:99-CR-20208 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT